IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEREMY A. FRANKS,<br><br>  Plaintiff,<br><br>vs.<br><br>SGT. KALLEN NISSEN, in their individual capacity; SGT. MARC DRAPPEL, in their individual capacity; CPL. JOE BRYAN, in their individual capacity; CPL. HUSBANDS, in their individual capacity; DR. JEFFREY KASSELMAN, in their individual and official capacity; and DR. JEFFREY DAMME, in their individual and official capacity;<br><br>  Defendants. | 4:22CV3233<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on case management. The Federal Rules of Civil Procedure require that a defendant serve an answer to a complaint "within 21 days after being served with the summons and complaint." Fed. R. Civ. P. 12(a).

The Clerk of the Court issued a summons to Defendants Sgt. Kallen Nissen ("Nissen") and Cpl. Joe Bryan ("Bryan") on September 27, 2024. Filing No. 22 at 1–2, 5–6, 19–20, 23–24. On January 3, 2025, copies of the process receipts and returns were filed by the Marshals Service showing that the summons were delivered on October 28, 2024, and October 29, 2024. Filing No. 33; Filing No. 34; Filing No. 37; Filing No. 38. Although served, neither Nissen

nor Bryan has filed an answer or any other responsive pleading. Accordingly, in order to progress this matter,

IT IS ORDERED:

1. Plaintiff shall have until **February 10, 2025**, to file a motion for default judgment against Defendants Nissen and Bryan. Such motion shall fully comply with Federal Rule of Civil Procedure 55 and Nebraska Civil Rule 55.1.

2. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **February 10, 2025**: deadline for filing motion for default judgment against Defendants Nissen and Bryan.

Dated this 10th day of January, 2025.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Senior United States District Judge

2