IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEREMY A. FRANKS,<br><br>            Plaintiff,<br><br>vs.<br><br>SGT. KALLEN NISSEN, in their individual capacity; SGT. MARC DRAPPEL, in their individual capacity; CPL. JOE BRYAN, in their individual capacity; CPL. HUSBANDS, in their individual capacity; DR. JEFFREY KASSELMAN, in their individual and official capacity; and DR. JEFFREY DAMME, in their individual and official capacity;<br><br>            Defendants. | **4:22CV3233**<br><br>**MEMORANDUM AND ORDER** |

       This matter is before the Court on case management. The Federal Rules of Civil Procedure require that a defendant serve an answer to a complaint "within 21 days after being served with the summons and complaint." Fed. R. Civ. P. 12(a).

       The Clerk of the Court issued a summons to Defendant Sgt. Kallen Nissen ("Nissen") on December 11, 2025. Filing No. 50 at 1–2. On December 22, 2025, a copy of the process receipt and return was filed by the Marshals Service showing that the summons were delivered on December 16, 2025.

Filing No. 52. Although served, Nissen has not filed an answer or any other responsive pleading.[1] Accordingly, in order to progress this matter,

IT IS ORDERED:

1. Plaintiff shall have until **February 6, 2026**, to file a motion for default judgment against Defendant Nissen. Such motion shall fully comply with Federal Rule of Civil Procedure 55 and Nebraska Civil Rule 55.1.

2. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **February 6, 2026**: deadline for filing motion for default judgment against Defendant Nissen.

Dated this 7th day of January, 2026.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge

---

[1] As the summons and return are filed under seal, counsel from the Nebraska Attorney General's Office may be unaware that Defendant Nissen has been served.

2