IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEREMY A. FRANKS,<br><br>Plaintiff,<br><br>vs.<br><br>SGT. KALLEN NISSEN, in their individual capacity; SGT. MARC DRAPPEL, in their individual capacity; CPL. JOE BRYAN, in their individual capacity; CPL. HUSBANDS, in their individual capacity; DR. JEFFREY KASSELMAN, in their individual and official capacity; and DR. JEFFREY DAMME, in their individual and official capacity;<br><br>Defendants. | **4:22CV3233**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on Defendant Kallen Nissen's motion requesting leave to file his answer to Plaintiff's complaint out of time. Filing No. 56. On January 7, 2026, the Court entered an order granting Plaintiff until February 6, 2026, to file a motion for default judgment against Defendant Nissen due to Nissen's failure to file an answer within 21 days of being served with summons. Filing No. 55. In the present motion, counsel from the Attorney General's Office states Nissen is now represented by their office, but delays in communication between Nissen and counsel due to Nissen being on military duty assignment and the formalities required to establish representation by the Attorney General's Office prevented Nissen from securing representation prior to the time to file his answer had expired.

Nissen now requests leave to file the proposed answer attached to his motion, Filing No. 56-1, along with the remaining defendant, Cpl. Joe Bryan, who was previously granted an extension to February 4, 2026, to file an answer, *see* Filing No. 54. Upon consideration, and for good cause shown,

    IT IS ORDERED that:

    1.    Defendant Nissen's motion for leave to file out of time, Filing No. 56, is granted.

    2.    Defendants Nissen and Bryan shall promptly file their answer.

    3.    The Court's January 7, 2026, Memorandum and Order, Filing No. 55, is now moot, and Plaintiff is no longer required to file a motion for default judgment.

    4.    The Clerk of the Court is directed to terminate the February 6, 2026, pro se case management deadline for filing motion for default judgment set forth in Filing No. 55.

    5.    After Defendants Nissen and Bryan file their answer, the Court will enter an order progressing this matter to final resolution.

    Dated this 9th day of January, 2026.

                                  BY THE COURT:

                                  */s/ John M. Gerrard*
                                  John M. Gerrard
                                  Senior United States District Judge