IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JEREMY A. FRANKS,

        Plaintiff,

   vs.

SGT. KALLEN NISSEN, in their individual capacity; SGT. MARC DRAPPEL, in their individual capacity; CPL. JOE BRYAN, in their individual capacity; CPL. HUSBANDS, in their individual capacity; DR. JEFFREY KASSELMAN, in their individual and official capacity; and DR. JEFFREY DAMME, in their individual and official capacity;

        Defendants.

**4:22CV3233**

**ORDER**

IT IS ORDERED that the Motion to Withdraw as Counsel of Record, Filing No. 67, filed by Assistant Attorney General Tyrone E. Fahie is granted. Assistant Attorney General Tyrone E. Fahie is removed as counsel of record for Defendants.

Dated this 1st day of April, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge