IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JEREMY A. FRANKS,

Plaintiff,

vs.

SGT. KALLEN NISSEN, in their individual capacity; SGT. MARC DRAPPEL, in their individual capacity; CPL. JOE BRYAN, in their individual capacity; CPL. HUSBANDS, in their individual capacity; DR. JEFFREY KASSELMAN, in their individual and official capacity; and DR. JEFFREY DAMME, in their individual and official capacity;

Defendants.

**4:22CV3233**

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's letter dated August 13, 2026, and filed in this Court on August 17, 2026, Filing No. 92, and Defendants' response to Plaintiff's letter, Filing No. 93.

First, Plaintiff indicates he has not received Defendants' response to the Court's July 15, 2026, show cause order, even though their response was filed by the July 29, 2026, deadline. *See* Filing No. 84. Plaintiff further indicates he did not receive any dispositive motions by the August 10, 2026, deadline "nor anything else other than their original request for discovery." Filing No. 92 at 1. In their response, Defendants state they have served Plaintiff at his current address with any documents filed in this case after July 8, 2026, when present defense counsel entered his appearance on behalf

of Defendants as indicated in the certificates of service attached to each filing. Filing No. 93.

The Court has no reason to doubt that Defendants have been serving their filings on Plaintiff as Plaintiff has responded to at least one of them. *See* Filing No. 82 (Plaintiff's response to Defendant's motion to extend filed July 8, 2026, Filing No. 80). Defendants filed their summary judgment motion and related documents on August 11, 2026, so it is likely that the normal delays associated with the U.S. mail prevented Plaintiff from receiving the summary judgment motion prior to him drafting and sending his letter on August 13, 2026. As for Plaintiff not receiving Defendants' July 29, 2026, response to the show cause order, Filing No. 84, the Court will direct Defendants to resend Plaintiff a copy of their response and to confirm with the Nebraska Department of Correctional Services that Defendants' submissions to Plaintiff are actually being delivered to him.

Next, Plaintiff also states in his letter that he did not receive a form AO 88B in accordance with the Court's July 15, 2026, order, *see* Filing No. 81 at 4, and he requests that the form be provided to him along with a copy of the Court's local rules. Upon examination, the Court failed to direct the Clerk of Court in the ordering clause of the July 15, 2026, order to send a form AO 88B to Plaintiff. *See* Filing No. 81 at 13–14. The Court will direct the Clerk to send Plaintiff the form along with a copy of the Court's local rules below.

In his letter, Plaintiff also disputes the Court's "assumption" in the July 15, 2026, order that Plaintiff did not send copies of his discovery requests to Defendants, Filing No. 92 at 1, and objects to Defendants receiving any more extensions of time. First, the Court did not assume Plaintiff failed to send his requests to Defendants; rather, the Court merely expressed concern that Plaintiff *may* not have properly served his discovery

requests on Defendants based on unclear language used in one of the certificates of service. That is why the Court ordered Defendants to show cause why the motion to compel should not be granted. Because Defendants admitted in their response to the show cause order that they did receive Plaintiff's requests, the Court granted Plaintiff's motion to compel as stated in the Court's separate order also filed on this date. *See* Filing No. 94. And, with regard to any future requests for extensions of time, whether by Defendants or Plaintiff, such requests are governed by Federal Rule of Civil Procedure 6(b) and may be granted for good cause, which is a determination the Court will make in light of the circumstances presented at the time of the request.

IT IS THEREFORE ORDERED that:

1. Defendants shall re-serve a copy of their July 29, 2026, response, Filing No. 84, on Plaintiff and file a certificate of service with the Court to that effect.

2. Defendants are further directed to confirm with the Nebraska Department of Correctional Services that Defendants' submissions to Plaintiff are actually being delivered to him.

3. If Plaintiff does not receive the copy of Defendants' July 29, 2026, response or their summary judgment motion and supporting materials after accounting for normal mailing delays, Plaintiff should inform the Court in writing.

4. The Clerk of Court is directed to send to Plaintiff the form AO 88B "Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action" and a copy of the Court's local general and civil rules.

Dated this 18th day of August, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge