IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JEREMY A. FRANKS,

Plaintiff,

vs.

SGT. KALLEN NISSEN, in their individual capacity; SGT. MARC DRAPPEL, in their individual capacity; CPL. JOE BRYAN, in their individual capacity; CPL. HUSBANDS, in their individual capacity; DR. JEFFREY KASSELMAN, in their individual and official capacity; and DR. JEFFREY DAMME, in their individual and official capacity;

Defendants.

**4:22CV3233**

**ORDER**

This matter is before the Court on Defendants' response, Filing No. 100, to the Court's October 5, 2026, order, Filing No. 99, requiring Defendants to show cause for their apparent failure to serve Plaintiff with their discovery responses by September 17, 2026. In their response, Defendants indicate they served their discovery responses on September 17, 2026, but neglected to file a certificate of service with the Court. Filing No. 100. Defendants also provide a declaration from TSCI Sergeant Denise Pietzyk showing that Defendants' discovery responses were delivered to Plaintiff on September 23, 2026. Filing No. 100-1. Accordingly,

IT IS ORDERED that:

1. As Defendants timely responded, and for good cause shown, the Clerk of Court is directed to terminate the pro se case management deadline of October 13, 2026.

2. In accordance with the Court's August 18, 2026, order, Filing No. 94, Plaintiff has until **October 23, 2026**, to file and serve his brief in opposition to Defendants' summary judgment motion. If Plaintiff needs additional time to file his brief, he may request additional time through a written motion to the Court before expiration of the deadline.

3. The Clerk of Court is directed to set a pro se case management deadline using the following text: **October 23, 2026**: deadline for Plaintiff's brief in opposition to summary judgment.

Dated this 14th day of October, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge