IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JEREMY A. FRANKS,

Plaintiff,

vs.

SGT. KALLEN NISSEN, in their individual capacity; SGT. MARC DRAPPEL, in their individual capacity; CPL. JOE BRYAN, in their individual capacity; CPL. HUSBANDS, in their individual capacity; DR. JEFFREY KASSELMAN, in their individual and official capacity; and DR. JEFFREY DAMME, in their individual and official capacity;

Defendants.

**4:22CV3233**

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's motion for extension of time, Filing No. 103, and "Motion on Summary Judgement," Filing No. 105. Also before the Court is Plaintiff's motion requesting appointment of counsel. Filing No. 102. As explained below, the Court will grant Plaintiff's request for an extension, will construe his "Motion on Summary Judgment" as part of his brief in opposition to Defendants' summary judgment motion, and will reserve ruling on his motion for appointment of counsel.

Plaintiff filed his motion for extension on October 14, 2026, and requested an "extension for summary judgement retort" due to his belated receipt of Defendants' discovery responses, his lack of legal knowledge and court procedures, and his ongoing health issues. Filing No. 103. Before the Court ruled on Plaintiff's request for an extension, he filed his "Motion on

Summary Judgement," Filing No. 105, a "Brief in Support of Plaintiff's Motion on Summary Judgement," Filing No. 106, a response to Defendants' statement of material facts, Filing No. 107, and Plaintiff's statement of additional material facts, Filing No. 108. Upon consideration, the Court will grant Plaintiff's motion for extension and extend his deadline for filing and serving his brief in opposition to Defendants' summary judgment motion to October 27, 2026, to coincide with the filing of his brief and related summary judgment materials.

Plaintiff's "Motion on Summary Judgment" consists mainly of arguments in opposition to Defendants' summary judgment motion and asks the Court "to look at the full picture and actual evidence at hand that proves these constitutional violations, especially to get the video that will help prove these matters along with the obstruction to court issues." Filing No. 105. Upon careful review, the Court finds Plaintiff's "Motion on Summary Judgment" is more properly construed as part of Plaintiff's opposition to Defendants' summary judgment motion as Plaintiff does not request summary judgment in his favor. Rather, Plaintiff filed his motion, his brief, Filing No. 106, response to Defendants' statement of facts, Filing No. 107, and statement of additional material facts, Filing No. 108, together as his response in opposition to Defendants' summary judgment motion. Accordingly, the Court will direct the Clerk of Court to terminate the motion, and the Court will construe Filing No. 105 as supplemental to Plaintiff's brief in opposition to summary judgment. *See* NECivR 7.1(b)(1)(A) (party opposing a motion must not file an "answer," "opposition," "objection," or "response," or any similarly titled responsive filing, but rather must file a brief that concisely states the reasons for opposing the motion).

Plaintiff also filed a motion renewing his request for the appointment of counsel because, among other things, he contends the Defendants refuse to

answer his discovery questions and provide him video evidence and copies of policies and procedures. Filing No. 102. As Plaintiff has filed his timely opposition to Defendants' summary judgment motion in compliance with the Court's local rules, the Court is not inclined to appoint counsel at this time. However, given Plaintiff's representations in his motion and elsewhere in his summary judgment opposition filings, the Court will reserve ruling on his motion for appointment of counsel at this time and consider it along with the summary judgment motion after receiving Defendants' reply and the matter is fully submitted.

IT IS THEREFORE ORDERED that:

1. Plaintiff's motion for extension of time, Filing No. 103, is granted in accordance with this order, and Plaintiff's brief in opposition to summary judgment and supporting materials filed on October 27, 2026, are deemed timely-filed.

2. The Clerk of Court is directed to term the "Motion on Summary Judgment," Filing No. 105. The Court will treat the "Motion on Summary Judgment" as part of, and supplemental to, Plaintiff's brief in opposition to summary judgment, Filing No. 106.

3. The Court will reserve ruling on Plaintiff's motion for appointment of counsel, Filing No. 102, and will consider it with the summary judgment motion.

4. The Clerk of Court is directed to set a pro se case management deadline using the following text: **November 10, 2026**: deadline for Defendants' reply brief.

Dated this 2nd day of November, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge